IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FRANCISCA GARZA | § | |
| | § | CIVIL ACTION NO. 7:23-cv-00188 |
| v. | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC AND | § | |
| WAL-MART, INC D/B/A WAL- MART | § | |
| FACILITY NO. 395 | § | JURY DEMANDED |

**NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §§ 1332 and 1441(DIVERSITY)**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW WAL-MART STORES TEXAS, L.L.C. AND WALMART INC. (incorrectly referred to as a d/b/a "WAL- MART FACILITY NO. 395"), Defendants in the above entitled and numbered cause, file this Notice of Removal of the present cause from County Court at Law No. 2 of Hidalgo County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, McAllen Division, showing the Court in support as follows:

1. This cause was commenced in County Court at Law No. 2 of Hidalgo County, Texas, on June 9, 2022, when Plaintiff's Original Petition was filed in Cause No. CL-22-2148-B, wherein Plaintiff named WAL-MART STORES TEXAS, LLC and WAL-MART, INC. D/B/A WAL-MART FACILITY NO. 395, as Defendants. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes.

2. Defendants WAL-MART STORES TEXAS, L.L.C. AND WALMART INC. incorrectly named as a d/b/a "WAL- MART FACILITY NO. 395," (hereinafter "Defendants") were served with a copy of Plaintiff's Original Petition on July 21, 2022. A copy of the Citations

indicating date of service is attached hereto and incorporated herein for all purposes.

3. Plaintiff filed this civil action against Defendants asserting premises liability and negligence claims allegedly arising from trip-and-fall incident which is claimed to have occurred on June 9, 2020, while Plaintiff was a patron at the premises located at 2410 E. Expressway 83, Mission, Hidalgo County, Texas 78543. Pl.'s Orig. Pet. Section III.

4. Defendants filed a responsive pleading in State Court on July 12, 2022, a copy of which is attached hereto and incorporated herein for all purposes.

5. Plaintiff is an individual residing in Hidalgo County in the State of Texas. Pl.'s Orig. Pet. at Section I. Plaintiff was at the time of the filing of this lawsuit, and remains, a citizen of the State of Texas.

6. Defendants are not citizens of the State of Texas.

7. WAL-MART STORES TEXAS, LLC was at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a limited liability company existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas.

8. WAL-MART STORES TEXAS, LLC has one member, Wal-Mart Real Estate Business Trust. Wal-Mart Real Estate Business Trust was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a Delaware Statutory Trust with its principal office and residence in Bentonville, Arkansas. The sole shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

9. Wal-Mart Property Co. is not a citizen of the State of Texas. Wal-Mart Property Co. was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Delaware

with its principal office and residence in Bentonville, Arkansas.

10. WALMART INC. is not a citizen of the State of Texas. WALMART INC. was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a Delaware Corporation with its principal office and residence in Bentonville, Arkansas.

11. Complete diversity of citizenship exists between the adverse parties in the present cause for the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441.

12. Plaintiff claims in her Original Petition that she is seeking "monetary relief over $50,000.00 but no more than $75,000.00." Pl.'s Orig. Pet. at ¶2.01. However, on June 2, 2023, Plaintiff served her Initial Disclosures in State Court, alleging past medical expenses totaling $27,793.00, $10,000.00 in future medical, and that Plaintiff is seeking $200,000.00 in pain and suffering, mental anguish, and emotional distress. Pl.'s Initial Disclosures. Therefore, the amount in controversy far exceeds $75,000.00.

13. This lawsuit is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code §§ 1332 and 1441(a) in that it is a civil action between completely diverse parties and that amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

14. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b)(3), in that it is filed within thirty (30) days of the service of Plaintiff's Initial Disclosures from which it was ascertained that the case is one which is or has become removable.

15. This Notice of Removal is also timely filed in accordance with 28 U.S.C. §1446(c)(1), in that it is filed within one year after the commencement of the action, Jun 9, 2022.

16. Upon filing of this Notice of Removal of this cause, written notice of the filing by

Defendant to Plaintiff has been provided as required by law.  A copy of this Notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

17. Defendants hereby request a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendants pray for removal of the above entitled and numbered cause from County Court at Law No. 2 of Hidalgo County to this Honorable Court.

Respectfully submitted,

COLVIN, SAENZ, RODRIGUEZ & KENNAMER L.L.P.

By: /s/Jaime A. Saenz
Jaime A. Saenz
Texas Bar No. 17514859
Southern District Admissions No. 7630
Email:  ja.saenz@rcclaw.com
Jacob T. Casso
Texas Bar No. 24116178
Southern District Admissions No. 3509760
Email: jt.casso@rcclaw.com
1201 East Van Buren Street
Brownsville, TX 78520
(956) 542-7441
(956) 541-2170 (Fax)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served upon all counsel of record using the CM/ECF system on this the 8th day of June 2023. Notice of this filing will be sent electronically to all known counsel of record.

/s/Jaime A. Saenz
JAIME A. SAENZ
